IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: JOHNATHAN S. GREENE ) | |
| ) | In Proceedings Under |
| ) | Chapter 13 |
| ) | |
| Debtor . ) | Bankruptcy Number: 19-43749 |
| ) | |
| ) | Adversary Number: 19- |

**COMPLAINT FOR DETERMINATION OF
CONTEMPT, SANCTIONS, AND INJUNCTIVE RELIEF**

COMES NOW, Debtor, JOHNATHAN S. GREENE, by and through his attorney, Michael J. Benson, and for his Complaint for Determination of Contempt, Sanctions, and Injunctive Relief, states as follows:

1. That Debtor filed an emergency Chapter 13 Bankruptcy in the Eastern District of Missouri on June 14, 2019 resulting in the imposition of the automatic stay.

2. That jurisdiction is conferred on this Court pursuant to provisions of 28 U.S.C. §1334 in that this proceeding arises in and is related to the above-captioned case under Title 11 and concerns property of the Debtor in the instant case.

3. That Debtor primarily filed the instant case to recover a vehicle recently repossessed by Bridgecrest Auto (hereinafter referred to as "Creditor").

4. That immediately after the filing of the instant matter, Counsel's office contacted Creditor to inform Creditor's office of the bankruptcy filing and the requirement to return the vehicle to Debtor.

5. That Creditor's office requested documentation evidencing Debtor's Notice of Bankruptcy Filing and proof of insurance.

Page **1** of **4**

6. That said documentation was faxed and received by Creditor's office on June 14, 2019. Evidence of insurance is attached hereto as Exhibit A and evidence of the bankruptcy filing is attached hereto as Exhibit B.

7. That Counsel's Office was initially informed that the vehicle at issue was still located in Manheim Auctions in St. Louis. Counsel's Office was given contact information to the auction site to schedule a retrieval time.

8. That Debtor contacted Manheim Auctions to retrieve the vehicle and was subsequently informed that the vehicle was no longer on site.

9. That Counsel's Office then contacted Creditor and was informed that the vehicle was transported, post-filing, to Kansas City, Missouri and Debtor was free to pick the vehicle up from Kansas City or Creditor would arrange to transport the vehicle back to the St. Louis area.

10. That Debtor, through Counsel, requested the Creditor transport the vehicle to St. Louis as Debtor was without the means (vehicular and monetary) to travel to Kansas City to retrieve the vehicle.

11. That as of June 24, 2019 Counsel's Office was informed that the vehicle was in the process of being returned to the St. Louis area and transport would take approximately forty-eight hours.

12. That to date, two weeks after the initial notice to Creditor and four days after the vehicle was supposed to return to St. Louis, the vehicle still has not been relinquished to Debtor.

13. That Creditor has informed Counsel's Office that they are "unable" to get in contact with the company transporting the vehicle and thus are unable to relinquish the vehicle to Debtor or provide a date for Debtor to retrieve the vehicle.

14. That Creditor's inaction to swiftly return Debtor's vehicle has placed an undue hardship on Debtor, namely that Debtor is unable to work as a Postmates driver which is his sole source of income.

15. That Creditor's actions in this matter constitute a willful violation of the automatic stay provided for in 11 U.S.C. §362(a)(3), entitling the Debtor to actual damages, including but not limited to costs, attorney's fees, and punitive damages under 11 U.S.C. §362(k)(1).

16. That Creditor's conduct as outlined above constitutes cause for the imposition of punitive sanctions designed to deter future misconduct.

WHEREFORE, Debtor, JOHNATHAN S. GREENE, respectfully requests that this Court grant his Complaint for Determination of Contempt, Sanctions, and Injunctive Relief, enter an Order finding Bridgecrest Auto in contempt of Court for its violation of the automatic stay, awarding such injunctive relief, costs, attorney's fees, and punitive damages, and for any and other such relief as this Court may deem just and equitable under the circumstances.

Date: June 28, 2019

RESPECTFULLY SUBMITTED,
By:  /s/Michael J. Benson
Michael J. Benson #6284397
A BANKRUPTCY LAW FIRM, LLC
801 Lincoln Highway, Suite 101
Fairview Heights, IL 62208
(618) 207-6500
(618) 551-2575 fax
court@bensonlawfirms.com

CERTIFICATE OF SERVICE

      Comes now Debtor, JOHNATHAN S. GREENE, by and through his attorney, Michael J. Benson, and certifies that on June 28, 2019 via first-class mail, postage prepaid, a true and accurate copy of the Complaint for Determination of Contempt, Sanctions, and Injunctive Relief was served upon the following people that were not served electronically:

Diana S. Daugherty  
Chapter 13 Trustee  
P.O. Box 430908  
St. Louis, MO 63143

Office of the U.S. Trustee  
111 S. Tenth Street  
Suite 6.353  
St. Louis, MO 63102

Bridgecrest  
7300 East Hampton Avenue  
Suite 100  
Mesa, AZ 85209

Bridgecrest Acceptance Corp  
P.O. Box 2997  
Phoenix, AZ 85062

Bridgecrest Credit Company, LLC.  
P.O. Box 29018  
Phoenix, AZ 85038

                                            /s/Sarah A. Law

**Brandon Benson**

| | |
|---|---|
| From: | send@mail.efax.com |
| Sent: | Friday, June 14, 2019 2:03 PM |
| To: | Brandon Benson |
| Subject: | Successful transmission to 18663278201. Re: Proof of Insurance RE: Johnathan Greene |



Your fax was successfully sent to 18663278201 by eFax.

**Fax Details**

**Date:** 2019-06-14 19:02:36 (GMT)
**Number of Pages:** 3
**Length of Transmission:** 265 seconds
**Receiving Machine Fax ID:** DriveTime

If you have any questions, please visit our online help center or contact Customer Support.

Thank you for choosing eFax.

Sincerely,
The eFax Team

**Tip:** Switch to an annual plan – it's like getting 2 months free every year! Call (800) 958-2983 or email help@mail.efax.com.

© 2019 j2 Global, Inc. and affiliates. All rights reserved.
eFax is a registered trademark of j2 Global, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

This account is subject to the terms listed in the eFax Customer Agreement.




Exhibit A

2

# Brandon Benson

| | |
|---|---|
| **From:** | Brandon Benson |
| **Sent:** | Friday, June 14, 2019 1:58 PM |
| **To:** | 18663278201@efaxsend.com |
| **Subject:** | Proof of Insurance RE: Johnathan Greene |
| **Attachments:** | Proof of Insurnace with Loss Payee 6-14-19.pdf |

Bridgecrest,

Please see the attached Proof of Insurance.

Thank You,
Brandon

**Brandon Benson,** Legal Assistant
A Bankruptcy Law Firm, LLC
brandon@BensonLawFirms.com

**ILLINOIS** – Phone (618) 207-6500 – 801 Lincoln Highway, Suite 101, Fairview Heights, IL 62208
**MISSOURI** – Phone (314) 300-6700 – 1409 Washington Avenue, Suite 401, St. Louis, MO 63103

**FAIRVIEW HEIGHTS, IL • MARION, IL • DOWNTOWN ST. LOUIS, MO • SOUTH COUNTY, MO**



www.BensonLawFirms.com

A Bankruptcy Law Firm, LLC is a federally designated Debt Relief Agency under the United States Bankruptcy Laws. We assist people with finding solutions to their debt problems, including, where appropriate, assisting them with the filing of petitions for relief under the United States Bankruptcy Code (11 U.S.C. §101 *et seq.*).

This e-mail or facsimile is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this e-mail or facsimile is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the Sendee, please destroy the e-mail or facsimile after advising by reply that you erroneously received this. The information contained in this message is attorney-client privileged and confidential information intended exclusively for the use of the clients of A Bankruptcy Law Firm, LLC. The receipt by anyone other than the designated recipient does not waive the attorney-client privilege, nor will it constitute a waiver of the work-product doctrine.

Notice to all recipients of e-mail: (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you, or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

🌿 Please consider the environment before printing this e-mail.

1

# esurance™

06/14/2019
Johnathan Greene
3841 FOLSOM AVE
Saint Louis, MO 63110

**RE: Letter of Experience**

| | |
|---|---|
| Policy Number: | |
| Named Insured: | Johnathan Greene |
| Inception Date: | 06/14/2019 9:47:40 AM PST |
| Current Term Effective Date | 06/14/2019 |
| Current Term Expiration Date | 12/14/2019 |
| Liability Limits | Bodily Injury: $25,000/$50,000 as of: 06/14/2019     Property Damage: $10,000 as of: 06/14/2019 |

Please accept this letter as verification for the Esurance policy listed above.

The following lapses in coverage have occurred on this policy:     No Lapses

This letter does not include any information regarding the loss history for the above account. To receive a claims experience letter, please contact us by phone at 1-800-378-7262.

---

This policy included coverage for the following drivers:

| Name | Dates of Coverage |
|---|---|
| Johnathan Greene | 06/14/2019 - 12/14/2019 |

This policy included coverage for the following vehicles:

| Year | Make | Model | VIN | Dates of Coverage |
|---|---|---|---|---|
| 2015 | Volkswagen | TIGUAN 2.0T S/SE/SEL/R-LINE | | 06/14/2019 - 12/14/2019 |
| • | Comprehensive | $500 | as of: 06/14/2019 | |
| • | Collision | $500 | as of: 06/14/2019 | |

---

Lienholder(s) that are listed

| Vehicle | Loss Payee Name | Loss Payee Address | as of: |
|---|---|---|---|
| 2015 Volkswagen TIGUAN 2.0T S/SE/SEL/R-LINE | Bridgecrest Acceptance Corp | PO Box 2997 Phoenix AZ 85062 | 06/14/2019 |

---

If you have any further questions, please do not hesitate to contact us by phone at 1-800-378-7262, or by fax at 1-800-926-2869.

Thank you,

*[signature]*

Allen Meil, Authorized Representative
Esurance Property and Casualty Insurance Company

**Brandon Benson**

| | |
|---|---|
| From: | send@mail.efax.com |
| Sent: | Friday, June 14, 2019 2:04 PM |
| To: | Brandon Benson |
| Subject: | Successful transmission to 18663278201. Re: ATTN: Bridgecrest Bankruptcy Dept. RE: Johnathan Greene |



Your fax was successfully sent to 18663278201 by eFax.

**Fax Details**

**Date:** 2019-06-14 19:03:38 (GMT)
**Number of Pages:** 4
**Length of Transmission:** 198 seconds
**Receiving Machine Fax ID:** DriveTime

If you have any questions, please visit our online help center or contact Customer Support.

Thank you for choosing eFax.

Sincerely,
The eFax Team

**Tip:** Switch to an annual plan – it's like getting 2 months free every year! Call (800) 958-2983 or email help@mail.efax.com.

© 2019 j2 Global, Inc. and affiliates. All rights reserved.
eFax is a registered trademark of j2 Global, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

This account is subject to the terms listed in the eFax Customer Agreement.




Exhibit B

1

# Brandon Benson

**From:** Brandon Benson
**Sent:** Friday, June 14, 2019 2:00 PM
**To:** 18663278201@efaxsend.com
**Subject:** ATTN: Bridgecrest Bankruptcy Dept. RE: Johnathan Greene
**Attachments:** Johnathan Greene Notice of Filing 6-14-19.pdf

Bridgecrest,

Please see the attached Notice of Bankruptcy Filing for our client Johnathan Greene regarding the 2015 Volkswagen Tiguan. Please stop any and all collection activity and process the release of the vehicle due to the bankruptcy automatic stay. If you have any questions please contact our office. Your help in this matter is greatly appreciated!

Thank You,
Brandon


**Brandon Benson,** Legal Assistant
A Bankruptcy Law Firm, LLC
brandon@BensonLawFirms.com

**ILLINOIS** – Phone (618) 207-6500 – 801 Lincoln Highway, Suite 101, Fairview Heights, IL 62208
**MISSOURI** – Phone (314) 300-6700 – 1409 Washington Avenue, Suite 401, St. Louis, MO 63103

**FAIRVIEW HEIGHTS, IL • MARION, IL • DOWNTOWN ST. LOUIS, MO • SOUTH COUNTY, MO**



www.BensonLawFirms.com

A Bankruptcy Law Firm, LLC is a federally designated Debt Relief Agency under the United States Bankruptcy Laws. We assist people with finding solutions to their debt problems, including, where appropriate, assisting them with the filing of petitions for relief under the United States Bankruptcy Code (11 U.S.C. §101 *et seq.*).

This e-mail or facsimile is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this e-mail or facsimile is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the Sendee, please destroy the e-mail or facsimile after advising by reply that you erroneously received this. The information contained in this message is attorney-client privileged and confidential information intended exclusively for the use of the clients of A Bankruptcy Law Firm, LLC.  The receipt by anyone other than the designated recipient does not waive the attorney-client privilege, nor will it constitute a waiver of the work-product doctrine.

Notice to all recipients of e-mail: (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you, or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.  I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

🌏 Please consider the environment before printing this e-mail.

United States Bankruptcy Court
Eastern District of Missouri

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 06/14/2019 at 1:34 PM and filed on 06/14/2019.

**Johnathan Scott Greene**
3841 Folsom Avenue
Saint Louis, MO 63110
SSN / ITIN: xxx-xx-6255
*aka* **John S Greene**
*aka* **Johnathan S Greene**

The case was filed by the debtor's attorney:

**Michael J Benson**
A Bankruptcy Law Firm, LLC
801 Lincoln Highway Ste B
Fairview Heights, IL 62208
618-207-6500

The bankruptcy trustee is:

**Diana S. Daugherty**
Chapter 13 Trustee
P. O. Box 430908
St. Louis, MO 63143
314-781-8100

The case was assigned case number 19-43749 to Judge Barry S. Schermer.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.moeb.uscourts.gov/ or at the Clerk's Office, 111 South Tenth Street, Fourth Floor, St. Louis, MO 63102.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Dana C. McWay
Clerk, U.S. Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |
| 06/14/2019 13:38:59 |

| PACER Login: | jg3707:3427580:0 | Client Code: | |
|---|---|---|---|
| Description: | Notice of Filing | Search Criteria: | 19-43749 |
| Billable Pages: | 1 | Cost: | 0.10 |